# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| JEFFREY BOUDREAU, as PERSONAL REPRESENTATIVE OF THE ESTATE OF WENDY BOUDREAU, <br><br> PLAINTIFF <br><br> v. <br><br> SHAW'S SUPERMARKET, INC., <br><br> DEFENDANT | CIVIL NO. 2:17-CV-259-DBH |

## PROCEDURAL ORDER

I hereby **SUSPEND** all deadlines until the Magistrate Judge has an opportunity to consult with the parties and determine the proper response to the video issue that the plaintiff has raised. Once the Magistrate Judge has determined the proper response, he can set new deadlines on the previously pending motions.

SO ORDERED.

DATED THIS 20TH DAY OF DECEMBER, 2018

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**