# United States Court of Appeals
## For the First Circuit

———————————————

No. 19-1754

JEFFREY BOUDREAU, as Personal Representative of the Estate of Wendy Boudreau,

Plaintiff, Appellant,

v.

SHAW'S SUPERMARKETS, INC.,

Defendant, Appellee.

———————————————

### JUDGMENT

Entered: April 10, 2020

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Maine.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The district court's judgment is affirmed.


By the Court:

Maria R. Hamilton, Clerk


cc:
Laura Honold White
Danielle Marie Quinlan
Elizabeth G. Stouder
Heidi J. Eddy