# United States Court of Appeals
## For the First Circuit

_____

No. 19-1754

JEFFREY BOUDREAU, as Personal Representative of the Estate of Wendy Boudreau,

Plaintiff, Appellant,

v.

SHAW'S SUPERMARKETS, INC.,

Defendant, Appellee.

_____

Before
Howard, <u>Chief Judge</u>,
Torruella, Lynch, Thompson, Kayatta and Barron,
<u>Circuit Judges</u>.

_____

**ORDER OF COURT**
**Entered: May 19, 2020**

Pursuant to First Circuit Internal Operating Procedure X(C), the petition for rehearing en banc has also been treated as a petition for rehearing before the original panel. The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and petition for rehearing en banc be denied.

**TORRUELLA, <u>Circuit Judge</u>, dissents from the denial of en banc rehearing**.

By the Court:
Maria R. Hamilton, Clerk

cc:
Hon. D. Brock Hornby
Christa Berry, Clerk, United States District Court for the District of Maine
Laura Honold White
Danielle Marie Quinlan
Elizabeth G. Stouder
Heidi J. Eddy