# United States Court of Appeals
## For the First Circuit

No. 19-1754

JEFFREY BOUDREAU, as Personal Representative of the Estate of Wendy Boudreau

Plaintiff - Appellant

v.

SHAW'S SUPERMARKETS INC.

Defendant - Appellee

**MANDATE**

Entered: May 26, 2020

In accordance with the judgment of April 10, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Heidi J. Eddy
Danielle Marie Quinlan
Elizabeth G. Stouder
Laura Honold White